AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

FILED - MQ
August 26, 2016 10:28 AM
Thomas L. Dorwin, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID KING BALDWIN | ) | Case No. 2:16-mj-11 |
| | ) | Hon. Timothy P. Greeley |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 12, 2016__ in the county of __Gogebic__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(3); 18 U.S.C. 1151; 18 U.S.C. 1153 | Assault With a Dangerous Weapon<br><br>On or about August 12, 2016, in Gogebic County, in Indian Country, on land held in trust by the United States for the use of the Lac Vieux Desert Band of Lake Superior Chippewa Indians, in the Northern Division of the Western District of Michigan, David King Baldwin, the defendant, an Indian, did assault A.J.J. with a dangerous weapon, that is, a chair, with the intent to do bodily harm, without just cause or excuse. |

This criminal complaint is based on these facts:

See attached Continuation of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Hoff, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2016

_____
Judge's signature

City and state: Marquette, Michigan

Timothy P. Greeley, U.S. Magistrate Judge
*Printed name and title*