UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                              Case No. 2:16-cr-21

DAVID KING BALDWIN,

          Defendant.
_____/

## ORDER OF DETENTION

    Hearing on the government's motion for pretrial/temporary detention (ECF #6) was held before the undersigned on September 29, 2016.

    Pursuant to 3142(f)(1) and for reasons stated on the record, the governments motion is hereby GRANTED.

    IT IS HEREBY ORDERED that defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Dated:   September 29, 2016       /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                U.S. MAGISTRATE JUDGE