## NUMINEN, DeFORGE & MATHIEU, P.C.

Attorneys at Law

105 MEESKE AVE. • MARQUETTE, MI 49855
PHONE (906) 226-2580 • FAX (906) 226-2248
www.numinenlaw.com



KARL P. NUMINEN
KEITH W. DEFORGE
JANA D. MATHIEU
PHILLIP B. TOUTANT

*Of Counsel:*
JAMES H. MATHIEU
PAUL J. TOMASI
DANIEL J. WISTI

April 21, 2017

Hon. Paul L. Maloney
United States District Court
137 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI 49007

     Re:   *USA v David Kel Baldwin, Jr.*
           File No. 2:16-cr-21
           [Character Reference Letters]

Dear Judge Maloney:

My client, David Baldwin is scheduled to be sentenced **Monday, April 24, 2017** in Marquette. I have received the enclosed letters of support from his family members and friends.

Thank you for your consideration.

           Very truly yours,

           NUMINEN, DeFORGE & MATHIEU, P.C.

           Karl P. Numinen

amp

Damen

Hello your honor my name is Damen Baldwin
I am David Baldwins son. I am currently
20 years old. This is a letter to admire
my fathers character and somewhat give
you an understanding of the good man he is.
This is not a letter asking for mercy
or pitty but a letter of hope that you
see that my father as the man he is. The
man I have looked up to my whole life and
has provided for our family and I regardless
the circumstances. Things have been incredibly
tough at home not only because our family
isn't complete but mostly because it's that
time we find out if our dad will be coming
home or if we will be apart for a while
My dad is enrolled in a different tribe
but he has always been a Role model
in this community (Watersmeet) and a big
factor in our tribal youth program. My
parents have mentored me and my
friends when we were younger and even now
to this day I recieve my dads wisdom when
he calls. It's just not the same as being
able to see him or touch him or ask
him for advice when he isn't around. It's
crazy how in this life a good person could
make a mistake and have to suffer
from it for the rest of thier lives. I guess
it's just something we all have to live with
or learn to live with. My friends all
know how strict my parents were growing
up I think it was wierd to them because

Thier parents were out doing whatever. So that was different to them when they seen how my parents were some didnt like the rules at first but they quickly adapted and realized my parents were only strict from a reason. That was to prepare and also protect us from the world. I remember going fishing with my dad when I was younger we had a secret spot for bass fishing. to this day noone knows the spot. I just hope my father can come home and we can all learn from this and be a family again. We all miss him so much and I dearly ask that you consider our hurt and tribulations this past year.

Thank you, your honor

Darren Bauldin

Monday, April 17th, 2017

Dear Honorable Judge:

My name is Joette Pete-Baldwin, David Baldwin's wife of nearly 26 years. We have five children and 2 grandchildren. David was employed with my tribe for approximately 15 consecutive years and was gainfully and fully employed until being incarcerated. David is a highly skilled painter and remodeler.

I am also the former vice chairperson of my tribe; The Lac Vieux Desert Band of Lake Superior Chippewa Indians, serving four consecutive two year terms, and I worked for the tribe for over 20 years. Coincidently, Ms. Hannah Bobee who has helped prosecute this case as an advocate for "victims" also worked with me professionally, as she was our Tribal Prosecutor and who may forever be tied to our tribe as she had a baby out of wedlock with our current Chief of Police.

I would not have been able to work and handle the multiple demands of so many children had it not been without David's constant support in both my professional and personal life   Daily, I worked with people who had unspeakable challenges or situations, and I believe, as I do today, that it was my sworn duty to uphold and protect the tribal constitution and tribal or federal monies for my constituents. I sought out the assistance of a Bloomberg financial reporter of NYC and made contact with the FBI in my duties to launch an investigation into allegations of mismanagement and mishandling of monies, particularly online lending.

On the day of August 12th, I was forcibly removed from my job as an official for contacting and sharing information with said authorities.  Throughout that afternoon and evening my husband and I consumed excessive amounts of alcohol, which was uncharacteristic. The events of that night were not who we are or how we lived; we do take responsibility for our behavior and actions and we deeply regret relying on alcohol that night, because we now understand that we both succumbed to the constant threats, harassment, alienation and intimidation from the tribal council and other authorities directed at both of us.

Many young men on the reservation can attest to the help that David has provided, including how he prevented a young man from committing suicide, or how we sheltered and fed other young men who are now coming to our home and helping me feed and shelter our children in David's absence as a contributing parent.  He volunteered with community basketball groups, chaperoned; organized men's softball leagues playing amongst police officers and is an avid fisher, even casting with former Gogebic county Judges.

My family and I ask for your mercy and understanding as you contemplate sentencing and while we will respectfully accept and await your decision, we ask that you also consider how we as a Native American family have already been personally and professionally persecuted on so many levels surrounding this case.

Therefore; we boldly place our faith in this judicial system.

Respectfully,
Joette Pete-Baldwin







Dear Judge

Hi my name is Ashley Emerson and I would like to talk about David Baldwin. I've know David my entire life. His daughter Bethany Baldwin and I have been best friends for 14 years. David is one of the funniest, and kindest person I have ever met. Every Basketball game Bethany and I have ever played he has always been there to cheer us on. All the birthday parties for Bethany he has ever thrown has been amazing. He always comes up with so many cool and unique games. He always made us dinner and breakfast. Even if I was the only one to spend the night he would still make breakfast. I love listening to his stories because he always makes them fun + interesting. He is also one of the easiest people to talk too. He gives the best advice and I cant wait until I can talk to him again. My parents are divorced so David has always been like a second Dad to me. Hes always been there to give me advice on how I can improve my basketball skills or if I just wanted to talk. He really impacts your life in the most positive ways. Car rides with him are so fun. He will blast the music and sing with Bethany and I until we tire ourselves out. This is just some of the great things about David If I were to tell you everything amazing and unique about him I would be writing a novel. I love David and I cant wait to see him come home. I really do miss him.

Thank you,

Ashley

| | |
|---|---|
| **From:** | joette pete <independentndn@yahoo.com> |
| **Sent:** | Thursday, April 20, 2017 2:57 PM |
| **To:** | Yubi Ghiardi |
| **Subject:** | Fw: letter |

On Thursday, April 20, 2017 1:56 PM, Joette Baldwin <joettebaldwin03@gmail.com> wrote:

Dear Honorable Judge,
My name is Joette Baldwin. I am the daughter of David Baldwin. My Father has been a part of my life my entire life as well as my four other siblings. He's been the best Dad to us all and he's even been a Father figure to many of my friends and to the Children who didn't have a Dad. Growing up he would volunteer and take us all over the place for basketball tournaments and just to get out of town and go do activities. He still does this for the younger kids today. He is very well-known person in our community and is looked up to by many. With my Dad gone things have been very hard not only on me, but on my siblings and Mother as well. My dad has taught me a lot of things in life and gives me the best advice. He always wants the best for me and my family. If I am messing up and making bad choices my Dad always leads me back on the right path. My dad would take us golfing, he would play in softball tournaments all year round. My sister and I played on his team a couple of times in Jack and Jill tournaments. He would take us all to the movies and we would go on family trips. We would go bowling, fishing, out to eat and so much more. We always did things as a family our entire lives. My dad did so much for this family and myself that with him being gone is heartbreaking. I know that after this my Father will never touch alcohol again because I know that he has learned his lesson. He was a sober guy for a very long time and it was never a problem for him to stay away from it. I don't know why he decided to go out that night but now that he's been away from us for quite some time I know that he will never put himself in the position for this to happen to us all ever again. It sucks because we miss our Dad so much and we know that he misses us just as much. All because of one night of drinking our lives changed in the blink of an eye. I know that when my Dad is released he will never be arrested again. I know that he will do anything that you ask of him and we will help him as well. I just want this to be over with so we as a family can move on to the next chapter in our lives. Thank you for reading this letter your honor.

Sincerely,
Joette Baldwin

Anna Baldwin

Wabeno, WI 54566

To whom it may concern,

I am writing this letter on behalf of my brother David Baldwin in order to request leniency in the sentencing.

David is my younger and only brother, he has always been a loving, caring and helpful brother to the family and I during illness or hardships. He comes from a family of 12 in which there were 10 girls and 2 boys. There are 10 of us living due the death of our older sister and brother. He was raised in a Christian atmosphere and comes from a nondrinking/drug home. I'm having a hard time accepting the charge he is facing.

 David is a good father, husband, provider and leader.

David has had issues with the law due to drinking, which brought him to his number of years of sobriety in which he has chosen without the request of the court. Please take into consideration the 27 years of marriage and the 10+ years of sobriety.  He has for the last 10/12 years coached the youth in sports which include basketball and baseball not to mention his own children in which he is raising a basketball star, his daughter Bethany has trophy among trophy.

This is David's first offense of this type I ask that the courts allow David to return home to his family and wife of 27 years, I also ask that if the alcohol is going to interfere in his life  that he be placed on medication such as Antabuse or placed in rehab, or if sentenced to prison that he be placed close to his family and in an RDAP program in order to heal.


Sincerely

Anna Baldwin

My name is Gertie McGeshick and I'm 23 years old. I've known David K. Baldwin my entire life. I grew up as a friend to his daughter Joette Baldwin. David always helped volunteer his own time with the LVD youth. Joette and I were into basketball SO MUCH that David sat outside with us and group of friends, showing us moves, making us work hard, taking us to AAU practices, tournaments etc. We would have camp fires and spend almost every chance we could at David and Joette's house. Whether it was a basketball tournament to taking kids to the movies to helping kids fundraise for our next trip. David helped kids realize their potential; he never gave up helping in whatever way he could.

David is an honest, intelligent and caring person. He is known for his positive attitude and comical humor, always making a serious situation into something funny while having the most hilarious jokes. This past summer, I lost my brother in a car accident. David and Joette were amongst the first people to show up to my house and help my family in any way. I will never forget that feeling. It's indescribable. It's almost as if I had a second family because they would always care about my well-being no matter the situation.

Respectfully,

Gertie McGeshick

4-27-17

To whom it May Concern:

I'm writing on behalf of Dave Baldwin who has worked for The Lac View Desert Building Construction for the past 15 years.

He worked for me The Supervisor of the department as a leadman who ran a crew on all projects that was assigned to him.

Dave was very depeddable on getting The jobs done and done right. Dave could do most carpentry jobs from putting in footings, framing homes, roofing, Insulating, Sheetrocking and finishing off to prime and paint, all trim work, Cabinets and finishing the interior and exterior of the home.

Dave got along with all crew members working for the department and was always at work and on time.

Dave did a lot for the Kids in the community taking them on trips for Basketball and baseball games.

My Self as a Supervisor misses Dave as a worker and a friend.



1-906-364-3575

To Whom It May Concern:

I have worked with David Baldwin for many years at the Lac Vieux Desert Building Trades.

He is great to work with and he is also a great worker, we miss him here.

He gets along well with everybody here on our crew.

Sincerely,

Michael J. Ursitti

Dear Judge,                                    4-19-17

        Hi, my name is Elijah and I
am David's youngest son. My dad
is probably the best dad ever.
He did everything with us, basketball,
golf, took us everywhere! He took
the youth to basketball games/tournaments,
which involved a lot of driving. He
chaperones for the youth. He's been
doing it for a long time now.
He's so kind, caring, strong, and handsome.
He plays softball in the summer
and he takes us to all the
games. My dad was the best pitcher
in the league. My father is
also the funniest person ever. Even
my friends think so too. He could
even rap. Me and him would have
rap battles but he'd always win.
He'd also always take us ice
fishing too. My sister Bethany would
always catch more fish though. (sorry
if you can't read my hand writing)
My father good at a lot of things, like
fishing, softball, his job, but he was
best at golfing. He took a big
swing, then he would seem
like forever to hit the ground.
He would take us golfing almost every
weekend. He would teach better ways
to golf. Every single one of
his tournaments he would usually win.
He was also a really good cook.

He made the best dinners at night. Then after we'd all watch movies. I'm pretty sure he watched every single movie in this house. But I cant wait till he's home and I miss him so much!

Sincerely,

Elijah
Baldwin

4-20-17

To whom it may concern:

I Sally McGeshick, a resident of Lac Vieux Desert Community, have known David Baldwin for over 25 years. David is a very compassionate, caring individual. I personally can attest to his sincerity to his family, employer, the Lac Vieux Desert Community, and the Township of Watersmeet. David has always assisted with fundraisers for the Lac Vieux Desert youth. He has volunteered on numerous occasions as a chaperone, driver, and coach for any and all activities for our youth. He was a mentor for the youth program, he ~~could~~ set an example to his peers and other families here at Lac Vieux Desert. It comes with my sincere, honest opinion of an individual, whom i've ~~known~~ watch overcome any adversity he sets his mind to. I have to state this, there was a time when and still do have the utmost respect for David. I have seen his strength, his compassion for life, his family, and his community. It's hard for any individual to walk what we say in Native communities as *Walking "the Red Road" which is a sober life. That road takes courage and complete honesty to face

Our weaknesses. David is one of the individuals in our community that has set an example for me to do that. ~~also.~~ Today I am seven years clean of alcohol, I too am walking that "Red Road" protecting my sobriety, and setting an example for others.

Sincerely,

Sally McGeshick

Dear Judge,                                    4/19/17
    My name is Bethany Baldwin. I am the youngest
daughter of David and Joette Baldwin. I want to
talk about my dad. The one who has been there
for me and many others in this community.
Throughout the years we went everywhere
together. From fishing, to golfing, eating out,
going to the movies, and even playing in soft-
ball tournaments/ when I was younger I
did everything with my dad! He is my bestfriend.
I miss being woken up by him in the morning.
Walking out of my room and hearing him
sing Sam Smith songs on the couch or just
rocking out with my nephew, Carter, to ACDC.
My dad is always there for me in anything that
I do. He supports me in any life decision and
cheers me on for anything I am trying to achieve.
I miss having him ask me if I wanted to watch
a movie with him. That was the best thing to do.
We would all go in the living room and make a bed
and fill up the two couches. We would watch
movies all night. This winter was very lonely
without him. My home has changed dramatically
since my father has been gone. Nothing is the
same. I miss him so much. This is the longest
I have ever been away from him. It's the
worst feeling in the world. As a now junior
in highschool I have played sports since the
2nd grade. My dad brought me to every practice
and picked me up every day. He and my mom
were sure to go to every one of my track
meets, basketball, volleyball, and AAU games.
This basketball season I was let down every
day after practice when I would walk out

the school doors and not see his black underarmour hat sitting in the driver seat waiting for me. He was my favorite person to complain to about how my practice went or the drama at school. He ALWAYS made me feel better. I accomplished so much this season. From breaking and setting records to getting recruited by universities. My mom and dad are truly my number one fans. I play for them. I was deeply saddened when I would look at all my family from on the court and didn't see my dad sitting there by my mom. My parents are the most real, honest, and loving relationship I have ever known. My mom only has my dad and us kids who have always been there for her. They have been best friends for 27 years. They have been through everything together and overcame every obstacle. Every summer we go to the fair. We have a little family tradition by going on the spinning bears. He always made it so fun. I want to be able to go this year as a family. I just wish everything was the same. My family, me, and especially my mom are going through too much to not have him by our side. I only have one more year left of high school after this one I want him to see me graduate. I want him to see all of my new basketball moves, how far I can throw in shotput when I make it to U.P. Finals again. I want

(continued)

my dad home. I miss my bestfriend.
Thank you for your time on reading this.
Please consider my family and friend's
thoughts.

Sincerely,

Bethany Baldwin

Dear Judge

Mr. Baldwin or David. is an awesome and funny man. Everytime he took us onto tournaments he always made everyone laugh including myself. His relationship with his wife Joette is beyond words. His wife and him were always smiling, laughing and cracking jokes.

When I first moved back to watersmeet I would always see David ~~at day~~ at work with a smile on his face and thought how nice he is. He would alway take us on gus mackers and tournaments, he always made sure we had a great time and would give us good advice for basketball.

Mr. Baldwin is sincere and awesome man who would never put his family in harms way. He only wants the best for his family. I have never seen a bond so strong as the baldwin family.


Thank you,

Leighton Templeton

Dear Judge,

David Baldwin, a family friend, was always fun and nice to me and everyone else. He was alway involved with the youth, volunteering for chaperone for almost every, if not all, Rec Center trip. He always took me places with his family because of my relationship with Elijah. He's honestly a really good person. I'd love to see him home as soon as possible.

sincerly,


Howard D Caron Jr.