## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** David Kel Baldwin, Jr.    **DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:16-cr-21 | 4/24/2017 | 4:03 p.m. - 4:43 p.m. | Marquette | |

### APPEARANCES

Government:

Paul Lochner

Defendant:

Karl Numinen

Counsel Designation:

Retained

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>__mute __nolo contendre<br>__not guilty __guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>__Read __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

Imprisonment: 41 months

Probation: n/a

Supervised Release: 3 years

Fine: $ 2,000.00

Restitution: $ 0.00

Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes __No

Defendant informed of right to appeal: ✓ Yes __No

Counsel informed of obligation to file appeal: ✓Yes __ No

Conviction Information:
Date: 2/3/2017
By: Plea
As to Count (s): 2 of the Indictment

**ADDITIONAL INFORMATION:**
Counts 1 and 3 are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |